1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,    )   Case No. 10CR4923-JM
                                )
9                 Plaintiff,    )
                                )   JUDGMENT AND ORDER OF DISMISSAL
10     v.                       )   OF  INFORMATION,  EXONERATE  THE
                                )   BOND,  AND  PASSPORT  BE  RELEASED
11                              )   BY PRETRIAL IF HELD
   VALERIE MICHELLE NICOLET(2), )
12                              )
                 Defendant.     )
13 _____)

14      Upon  motion  of  the  UNITED  STATES  OF  AMERICA  and  good  cause

15 appearing,

16      IT  IS  HEREBY  ORDERED  that  the  information  in  the  above

17 entitled  case  be  dismissed  without  prejudice,  the  bond  be

18 exonerated, and passport be released by Pretrial if held.

19      IT IS SO ORDERED.

20      DATED: MARCH 8, 2012 .


21
22                              _____
                                HONORABLE CATHY ANN BENCIVENGO
23                              United States District Judge
24
25
26
27
28